# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

Argued February 17, 2000

Decided February 2, 2001

Before

Hon. HARLINGTON WOOD, JR., Circuit Judge

Hon. JOHN L. COFFEY, Circuit Judge

Hon. KENNETH F. RIPPLE, Circuit Judge

Nos. 99-2257, 99-3014

CENTRAL STATES, SOUTHEAST AND,
SOUTHWEST AREAS PENSION FUND,
and HOWARD MCDOUGALL,

      Plaintiffs-Appellees,

        **v.**

KROGER COMPANY,

      Defendant-Appellant.

Appeal from the United States
District Court for the
Northern District of Illinois,
Eastern Division.

No. 93 C 3669

**John F. Grady**, *Judge.*

ORDER

The court, on its own motion, corrects an error in the text of the original opinion. *See Central States, Area Pension Fund v. Kroger, 226 F.3d 903 (7th Cir. 2000).* On page 910 of the published opinion, column 2, line 6, the term "de novo" ought to read "deferentially." As the remainder of the court's discussion

makes clear, the correct standard was applied in the opinion and this slip of the pen did not impact the court's analysis or the result in the case.